IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:09CR232** |
| vs. | ) | |
| | ) | **ORDER** |
| **DENNY CLEMENS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to continue trial (Doc. 27). The court finds that the defendant has not satisfactorily explained why plea negotiations or trial preparation cannot be timely completed and has not shown good cause for a continuance of the scheduled trial date.

**IT IS ORDERED** that defendant's Motion to Continue Trial (Doc. 27) is denied. The trial of this matter remains scheduled for October 6, 2009.

Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than **September 28, 2009.**

**DATED September 23, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**