IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:09CR232** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DENNY L. CLEMENS,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the oral motion of Kevin A. Ryan to withdraw as counsel for the defendant, Denny L. Clemens (Clemens). The motion was made during a hearing before the undersigned magistrate judge on March 5, 2010 (See Filing No. 66). The court received evidence in camera that a conflict of interest in this matter arose between Clemens and Mr. Ryan. Mr. Ryan's motion to withdraw is granted.

    Chad Douglas Primmer, 506 South Main Street, Council Bluffs, IA 51503, (712) 352-1000, is appointed to represent Clemens for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Ryan shall forthwith provide Mr. Primmer with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Ryan which are material to Clemens's defense.

    The clerk shall provide a copy of this order to Mr. Primmer and to the Office of the Federal Public Defender.

    **IT IS SO ORDERED.**

    DATED this 5th day of March, 2010.

                                                               BY THE COURT:

                                                               s/Thomas D. Thalken
                                                               United States Magistrate Judge